IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                PLAINTIFF

v.                                No: 3:15-cv-356-DPM

JIMMY GAZAWAY, Deputy Prosecuting
Attorney, Poinsett County, and JOEY HUHES,
Public Defender, Poinsett County                                            DEFENDANTS

JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____9 November 2015_____